# EXHIBIT B




# Franchise Tax Account Status

As of : 10/29/2024 15:41:42

**This summary page is designed to satisfy standard business needs. If you need to reinstate or terminate a business with the Texas Secretary of State, you must obtain a certificate specific to that purpose.**

| | DHI HOLDINGS, LP |
|---|---|
| Texas Taxpayer Number | 32060392738 |
| Mailing Address | 211 N LOIS AVE TAMPA, FL 33609-2232 |
| ❓ Right to Transact Business in Texas | FORFEITED  File missing reports, information reports and/or payments |
| State of Formation | DE |
| SOS Registration Status (SOS status updated each business day) | Not Registered |
| Effective SOS Registration Date | Not Registered |
| Texas SOS File Number | Not Registered |
| Registered Agent Name | UNITED STATES CORPORATION AGENTS, INC. |
| Registered Office Street Address | 10601 CLARENCE DR. SUITE 250 FRISCO, TX 75033 |