United States District Court
Southern District of Texas
**ENTERED**
November 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI HOLDINGS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| CO., as Trustee for MORGAN | § | CIVIL ACTION NO. H-24-1270 |
| STANLEY ABS CAPITAL I INC. | § | |
| TRUST 2006-HE3, MORTGAGE | § | |
| PASS-THROUGH CERTIFICATES, | § | |
| SERIES 2006-HE3, and | § | |
| SPECIALIZED LOAN SERVICING LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Order granting Defendants' Motion to Dismiss Plaintiff's Complaint Without Prejudice, this action is **DISMISSED without prejudice**.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 22nd day of November, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE